In the Matter of SAMUEL C. COHEN, Respondent, against COCOLINE PRODUCTS, INC., et al., Appellants.

Submitted April 11, 1955; decided April 14, 1955.

*Elliot A. Wysor* and *Leonard S. Halpert* for motions.

*Charles Gottlieb* opposed.

Motion for leave to appeal granted.

Motion for stay granted and petitioner stayed from taking any other proceedings herein pending determination of the appeal. Case set down for argument during the week of April 25, 1955.